IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

C.A. No. 3:06CV158

VALAREE MORRIS, )
)
PLAINTIFF, )
)
v. ) ORDER GRANTING ASHLEY B.
) ABEL ADMISSION *PRO HAC VICE*
)
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON, )
)
DEFENDANT )

**THIS MATTER** is before the Court upon the petition of Defendant Liberty Life Assurance Company of Boston to allow Ashley B. Abel to appear *Pro Hac Vice*, filed June 12, 2006.

Upon careful review and consideration, this Court will grant Defendant's application.

**IT IS SO ORDERED.**

Signed: June 15, 2006

David C. Keesler
United States Magistrate Judge