IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

C.A. No. 3:06CV158

| | |
|---|---|
| VALAREE MORRIS,<br><br>    PLAINTIFF,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    DEFENDANT. | ORDER GRANTING ROBERT M. WOOD ADMISSION *PRO HAC VICE* |

**THIS MATTER** is before the Court upon the petition of Defendant Liberty Life Assurance Company of Boston to allow Robert M. Wood to appear *Pro Hac Vice*, filed June 12, 2006.

Upon careful review and consideration, this Court will grant Defendant's application.

**IT IS SO ORDERED.**

Signed: June 15, 2006

David C. Keesler
United States Magistrate Judge